Case 2:08-cv-00003-LRS    Document 8    Filed 05/19/08

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM C. SHAW,<br><br>        Petitioner,<br><br>  vs.<br><br>STATE OF WASHINGTON,<br><br>        Respondent. | NO.   CV-08-003-LRS<br><br>ORDER DISMISSING PETITION |

    By Order filed April 1, 2008, the court directed Mr. Shaw to show cause why his Petition should not be dismissed as it appeared he could pursue his speedy trial claims in an ongoing state court proceeding. Petitioner submitted this action while a patient at the Eastern State Hospital.  He is proceeding *pro se* and has paid the $5.00 filing fee. Respondent has not been served.

    The court cautioned Mr. Shaw if he failed to show cause within twenty (20) days, the petition would be dismissed without prejudice. Petitioner did not comply and has filed nothing further in this action.  Accordingly, for the reasons set forth in the Order to Show Cause (Ct. Rec. 6) **IT IS ORDERED** the Petition is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(b).

///

ORDER DISMISSING PETITION -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address and close the file.

**DATED** this ___19th___ day of May, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PETITION -- 2